

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00070-CR
## NO. 02-15-00071-CR

NICHELLE NICOLE WOOTEN                                    APPELLANT

V.

THE STATE OF TEXAS                                            STATE

----------

### FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY
### TRIAL COURT NOS. 1167628D, 1164732D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Nichelle Nicole Wooten, acting pro se, attempts to appeal from the "Supplement/Amendment to Conditions of Community Supervision" entered by the trial court in cause numbers 1167628D and 1164732D. On March 13, 2015, we notified Appellant that it appears we lack jurisdiction over her appeals because the trial court has not entered any appealable orders. We advised

---

[1]See Tex. R. App. P. 47.4.

Appellant that her appeals could be dismissed unless she, or any party desiring to continue the appeals, filed a response showing grounds for continuing the appeals on or before March 23, 2015. No response has been filed.

We generally have jurisdiction to consider an appeal in a criminal case only when there has been a judgment of conviction. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.). This court does not have jurisdiction to consider an appeal from an order altering or modifying the conditions of community supervision. *See Davis v. State*, 195 S.W.3d 708, 710 (Tex. Crim. App. 2006) ("There is no legislative authority for entertaining a direct appeal from an order modifying the conditions of community supervision."); *Basaldua v. State*, 558 S.W.2d 2, 5 (Tex. Crim. App. 1977). Accordingly, we dismiss the appeals for want of jurisdiction. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: GARDNER, WALKER, and MEIER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: May 7, 2015